| | |
|---|---|
| Name | J. Grace Felipe |
| Bar # | (CA SBN 190893) Pro Hac Vice |
| Firm | Carlson & Messer LLP |
| Address | 5901 W. Century Blvd. |
| | Suite 1200 |
| | Los Angeles, CA 90045 |
| Telephone | (310) 242-2208 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Alma Arellano,

    Plaintiff,

vs.

ARstrat, LLC,

    Defendant.

Case No. 2:23-cv-00679-ROS

Corporate ▼ Disclosure Statement

This Corporate ▼ Disclosure Statement is filed on behalf of ARstrat, LLC _____ in compliance with the provisions of (*check one*):

[✓] Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (Attach additional pages if needed.)
_____ Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)
_____ Relationship_____

☐ Other(please explain):
_____
_____

☐ Diversity case.  (Attach additional pages if needed.)
Party name and Party Role:                State:
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  17  day of July , 2023 .

/s/ J. Grace Felipe
_____
Counsel of Record

- 2 -

1  Certificate of Service:

2  This document has been filed electronically using the CM/ECF System for filing and will be serviced via the Court's electronic filing sysystem to all parties via the Court's
3  system to:

4  Michael Joseph Plati
   Consumer Attorneys PLC
5  8245 N 85th Way
   Scottsdale, AZ 85258
6  602-807-1505
7  Email: mplati@consumerattorneys.com
   ATTORNEY FOR PLAINTIFF
8
   Thomas P Burke , II
9  Udall Law Firm LLP - Phoenix, AZ
   2198 E Camelback Rd., Ste. 375
10 Phoenix, AZ 85016
   602-222-4848
11 Email: tburke@udalllaw.com
12 ATTORNEY FOR ARstrat, LLC,

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28